**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=356963233012368

